UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

ALAN P. SOCOL, ) CV 07-05022-SH
                       Plaintiff, ) JUDGMENT
    v. )
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
Administration, )
                     Defendant. )
_____ )

    IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for further proceedings, pursuant to Sentence 4 of U.S.C. § 405(g).

DATED: <u>July 8, 2008</u>

                                      _____/ S /_____
                                      STEPHEN J. HILLMAN
                            UNITED STATES MAGISTRATE JUDGE