1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN P. SOCOL, | Case No.: CV 07-5022 SH |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of rights, the amount of four thousand four hundred dollars and no cents ($4,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 9/17/2008

_____/s/_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-